FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2024 OCT 22 PM 2: 29

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLARA PHILLIPS,<br><br>Defendant. | 8:24CR161<br><br>INDICTMENT<br>21 U.S.C. § 841(a)(1) & (b)(1) |

The Grand Jury Charges:

## COUNT I

On or about September 10, 2024, in the District of Nebraska, CLARA PHILLIPS, defendant herein, did knowingly and intentionally distribute and possess with intent to distribute 100 grams or more of a mixture or substance containing fentanyl analogue, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

A TRUE BILL:

_____
FOREPERSON

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

_____
KIMBERLY C. BUNJER
Assistant United States Attorney