IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:24CR161 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STATEMENT OF POSITION** |
| vs. | ) | **REGARDING PRESENTENCE** |
| | ) | **INVESTIGATION REPORT** |
| CLARA PHILLIPS, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Paragraph 6 of the Order on Sentencing Schedule, Defendant

Clara Phillips has no objections to the Presentence Investigation Report.

CLARA PHILLIPS, Defendant,

BY    */s/ Clarence E. Mock*
　　　　Clarence E. Mock, No. 15443
　　　　JOHNSON & MOCK, PC, LLO
　　　　307 N. Oakland Ave.
　　　　P.O. Box 62
　　　　Oakland, Nebraska 68045
　　　　(402) 685-5647
　　　　cmock@johnsonandmock.com

CERTIFICATE OF SERVICE

I, Clarence E. Mock, hereby certify that on December 26, 2025, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the parties of record.

　　　　*/s/ Clarence E. Mock*
　　　　Clarence E. Mock